**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-1682

SULYAMAN AL ISLAM WA SALAAM, a/k/a Alexander Bell,

Plaintiff - Appellant,

v.

CYNTHIA TAYLOR, DSS Richland County; LEXINGTON SC DSS; MS. SINGLETON, Case Worker, Columbia SC; YASMIN NYISHAMA WA SALAAM TURNAGE a/k/a Yasmin Nyishama Turnage Harris,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Columbia. Cameron McGowan Currie, District Judge. (3:11-cv-00935-CMC)

Submitted: September 29, 2011          Decided: October 4, 2011

Before KING, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Sulyaman Al Islam Wa Salaam, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sulyaman Al Islam Wa Salaam appeals the district court's order adopting the magistrate judge's recommendation and denying relief without prejudice on Salaam's civil complaint for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Salaam v. Taylor</u>, No. 3:11-cv-00935-CMC (D.S.C. June 6, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>